IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PRO-FAB, LLC                                                                                          PLAINTIFF

v.                                         Case No. 4:21-cv-4032

PHILLIP SMITH CONTRACTING, INC.                                                       DEFENDANT

## JUDGMENT

For the reasons discussed in the memorandum opinion of even date, judgment is hereby entered in favor of Plaintiff Pro-Fab, LLC against Defendant Philip Smith Contracting, Inc. in the amount of $199,435.00. The Court also awards Plaintiff costs in the amount of $402.00. Post-judgment interest shall accrue at the highest rate allowed by law until paid.

**IT IS SO ORDERED**, this 2nd day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge